AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

UNITED STATES OF AMERICA,

    Plaintiff,     JUDGMENT IN A CRIMINAL CASE

 V.

          CASE NUMBER: 3:08-CR-00042-ECR-VPC
              (3:11-cv-00415-ECR)

SKYLER FOWLER,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated 10/31/2011 [96], defendant's Motion to Dismiss [94], seeking to dismiss his motions to vacate under 28 U.S.C. 2255 [82] [89], is GRANTED.

April 19, 2012_____       **LANCE S. WILSON**
  Date            Clerk

             /s/__M. Campbell_____
               Deputy Clerk